FILED
2020 Dec-08 PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| WAGNER SHOES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 7:20-cv-00465-LSC |
| ) | |
| AUTO-OWNERS INSURANCE ) | |
| COMPANY and OWNERS ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Two motions are before the Court. (Docs. 19 and 25.) First, Defendants filed a Rule 12(b)(6) motion to dismiss. (Doc. 19.) After careful consideration of the briefs and cited authority, the Court DENIES that motion. (*Id.*) Defendants may reassert the motion's arguments at the summary-judgment stage. Second, Plaintiff moved to dismiss Count V of its Fourth Amended Complaint with prejudice and to dismiss all its claims against Auto-Owners Insurance Company without prejudice. (Doc. 25.) The Court then held a telephone conference on September 22, 2020. Thereon, Plaintiff agreed to dismiss all its claims against Auto-Owners *with* prejudice. As stated during the conference, all claims against Auto-Owners are DISMISSED

WITH PREJUDICE, and Count V of Plaintiff's Fourth Amended Complaint is DISMISSED WITH PREJUDICE.

The Court ORDERS the parties to file a Planning Meeting Report within twenty-one (21) days of this Order's entry. (*See* Doc. 11 at 1–3.)

**DONE** and **ORDERED** on December 8, 2020.

_____
L. Scott Coogler
United States District Judge

203323